# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-1179
_____

Derrick J. White

*Movant - Appellant*

v.

United States of America

*Respondent - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: March 26, 2021
Filed: April 12, 2021
[Unpublished]

_____

Before SHEPHERD, ERICKSON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Derrick J. White seeks a certificate of appealability following the district court's dismissal of his 28 U.S.C. § 2255 motion. Upon careful review of the record, we have determined that the district court erred when it dismissed White's motion as untimely. See 28 U.S.C. § 2255(f)(1). Nevertheless, we hold that jurists of reason would not find it debatable whether White's claim was procedurally defaulted, or

whether his petition states a valid claim of the denial of a constitutional right.  <u>See</u> <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000) (COA standard).  Accordingly, White's request for a certificate of appealability is denied.

_____